UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

In re:                                              )
Wadsworth Furnace Company, Inc.      )        Case No. 14-80080-JJG-7
                                                    )
         Debtor Corporation              )

**MOTION TO SELL REAL AND PERSONAL PROPERTY**
**FREE AND CLEAR OF LIENS WITH LIENS TO ATTACH TO PROCEEDS,**
**AND NOTICE OF OBJECTION DEADLINE**

Comes now Richard W. Lorenz, Trustee (herein "Trustee"), and moves the Court, pursuant to 11 U.S.C. §363, to approve the sale of property as described below and states:

1. Wadsworth Furnace Company, Inc. (herein "Debtor Corporation") filed a petition for relief under Chapter 7 of the Bankruptcy Code on February 11, 2014.

2. Among the assets of the Debtor's bankruptcy estate is the Debtor Corporation's interest in all of its remaining real and tangible personal property, (herein "Sale Assets"), including but not limited to:

   (a) Real property located at 1230 Wabash Avenue, Terre Haute, Vigo County, Indiana, more particularly described as follows: Roses Sub 47.32A 22-12-9 Lots 26-29;

   (b) Real property located at 1215 Mulberry Street, Terre Haute, Vigo County, Indiana, more particularly described as follows: Hickmans Replat Also W-1/2 Alley Vacated 22-12-9 Lot 6;

   (c) Real property located at 1225 Mulberry Street, Terre Haute, Vigo County, Indiana, more particularly described as follows: Roses Sub 47.32A 50'W Side, Also E-1/2 of Alley Vacated 22-12-9 Lot 22;

   (d) 2001 Chevrolet 2500 Cargo Van;

   (e) 2006 Chevrolet Silverado 1500 Truck;

   (f) 2010 Dodge Caravan;

   (g) HVAC equipment and parts inventory

(h) Office equipment and supplies;

3. Upon information and belief, the bankruptcy estate owns the Sale Assets.

4. The Sale Assets are non-exempt assets which may be liquidated for the benefit of creditors.

5. In order to liquidate the Debtor Corporation's interest in the Sale Assets for the benefit of the creditors, it is necessary to sell the property.

6. The Trustee proposes to sell the Sale Assets free and clear of liens and encumbrances, with such liens, encumbrances and interests to attach to the proceeds of the sale.

7. The Trustee is satisfied that the best and highest net recovery to this estate will arise by selling the personal property at an auction through the employment and services of a licensed auctioneer.

8. The Trustee plans to liquidate the Sale Assets at an auction through the employment and services of Ted Pike of Key Auctions LLC, d/b/a Key Auctioneers, (herein "Auctioneer") whose contact information is:

Phone:   (317) 357-1137
Email address:   tpike@keyauctioneers.com
Website:   www.KeyAuctioneers.com

9. An application to hire said Auctioneer is being filed contemporaneously herewith. An auction has been scheduled to the Sale Assets for **10:00 a.m. (EST) on April 28, 2015, which auction shall be located at 1230 Wabash Avenue, Terre Haute, Vigo County, Indiana**.

**NOTICE IS GIVEN** that any objection must be filed with the Bankruptcy Clerk within **21 days** from the date of service [or such other time period as may be permitted by pursuant to Fed.R. Bankr.P. 9006(f)]. Those not required or not permitted to file electronically must deliver any objection by U.S. mail, courier, overnight/express mail, or in person at:

**Evansville**
352 Federal Bldg.
101 N.W. M.L. King Jr. Blvd.
Evansville, IN 47708

The objecting party must ensure delivery of the objection to the trustee.  **If an objection is NOT timely filed, the requested relief may be granted.**

WHEREFORE, the Trustee prays he be authorized to sell the Assets as described in this Motion free and clear of all liens and encumbrances with all valid liens and encumbrances to attach to the proceeds of the sale, for authority to execute any and all documents as are necessary to complete the sale and to be authorized to sign certificates of title to transfer titled assets of the Debtor Corporation free and clear of liens on the titles, and that the Indiana Bureau of Motor Vehicles be authorized and directed to accept the same, and for all other relief just and proper in the premises.

Respectfully Submitted,

Dated:   February 16, 2015

/s/ Richard W. Lorenz
Richard W. Lorenz
Chapter 7 Trustee
P.O. Box 46
Spencer, IN   47460-0046
Phone:   (812) 829-5832
Email:   trustee@hickamlorenz.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2015, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Sarah Lynn Fowler    sfowler@rubin-levin.net, mcruser@rubin-levin.net
Kelvin L Roots    klroots@wilkinsonlaw.com, kristi@wilkinsonlaw.com
Christopher M. Trapp    chris_m_trapp@hotmail.com
U.S. Trustee    ustpregion10.in.ecf@usdoj.gov

I further certify that on February 16, 2015, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, and properly addressed to the following:

Wadsworth Furnace Company, Inc.
2976 Wallace Ave.
Terre Haute, IN 47802

Ted Pike, President
Key Auctioneers
5520 S. Harding St
Indianapolis, IN 46217

G.W. Berkheimer Co., Inc.
c/o Rubin & Levin, P.C.
500 Marott Center
342 Massachusetts Avenue
Indianapolis, IN 46204-2161

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Donna Roscoe
8267 N. St. Andrews Drive
Brzail, IN 47834

Vigo County Treasurer
191 Oak Street
Terre Haute, IN 47807

Indiana American Water
PO Box 578
Alton, IL 62002-0578

GreatAmerica Financial Services
f/k/a/ GreatAmerica Leasing Corp
Attn: Peggy Upton, Litigation Specialist
P.O. Box 609
Cedar Rapids, IA 52406

Kemper CPA Group
420 South 25th Street
Terre Haute, IN 47803

Duke Energy Indiana
1000 E. Main Street
Plainfield, IN 46168

Marathon Petroleum Company
PO Box 81
Findlay, OH 45839

/s/ Richard W. Lorenz
Richard W. Lorenz
Chapter 7 Trustee
P.O. Box 46
Spencer, IN 47460
Phone: (812) 829-5832
Email: trustee@hickamlorenz.com